UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BYRLE RANEY** | : | **DOCKET NO. 2:22-CV-03448** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **TOWER HILL PRIME INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Considering the enrollment of new counsel [doc. 25] for plaintiff following the issuance of the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #24], the Recommendation is not adopted and the Voluntary Motion to Dismiss [Doc. 23] is DENIED as MOOT.

**IT IS ORDERED** that this case proceed via ordinary process and the Clerk shall issue the appropriate CMO.

**THUS DONE AND SIGNED** in Chambers this 11th day of December, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE